# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TMT SYSTEMS, INC., and TIMUR P. SARAC<br><br>                    Plaintiffs,<br><br>    v.<br><br>MEDTRONIC, INC.,<br><br>                    Defendant. | Civil Action No. 6:20-cv-973-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY PENDING *INTER PARTES* REVIEW

On October 16, 2020, TMT Systems, Inc. ("TMT") filed a Complaint in this action, asserting infringement of U.S. Patent No. 7,101,393 ("'393 patent"). Dkt. 1. Two amended complaints were filed in 2021 (Dkts. 21 and 37), and on February 15, 2022, a Third Amended Complaint was filed adding Dr. Timur P. Sarac ("Dr. Sarac") as a Plaintiff (Dkt. 138). In each amended complaint, TMT and Dr. Sarac (collectively, "Plaintiffs") asserted the '393 patent. Dkts. 21, 37, 138. On March 22, 2022, the U.S. Patent Trial and Appeal Board ("PTAB") issued a decision instituting *inter partes* review as to the '393 patent. *See* IPR2021-01532, Paper 20. The presumptive date by which the PTAB is expected to issue its final written decision in the above-referenced IPR proceeding is no later than one year from the above institution date (i.e., March 22, 2023). *See* 35 U.S.C. § 316(a)(11).

Plaintiffs and Defendant Medtronic, Inc. have concluded that it will be mutually advantageous to the parties and to the Court to stay the District Court proceedings until the PTAB issues its final written decision in the above-referenced IPR proceeding. The outcome of the

above-referenced IPR proceeding may be case dispositive, and in the event it is not dispositive, it has the potential to streamline the issues in this case, such that staying deadlines and adjourning discovery will maximize the parties' efficient use of resources, and thereby serve the interests of justice.

The parties thus submit this Joint Motion to Stay Pending *Inter Partes* Review and a Proposed Order granting the Motion. The parties jointly request that the Court stay the District Court proceedings in its entirety until the PTAB issues its final written decisions in IPR No. IPR2021-01532.[1]  The parties will notify the Court no later than ten (10) business days of any final written decision issued by the PTAB in the above referenced proceeding.

---

[1] Plaintiffs have deadlines to respond to additional document requests and interrogatories by April 27, 2022 and May 5, 2022, and Defendant has a deadline to file its reply brief in support of its motions to dismiss (Dkt. 142) on April 18, 2022.  The parties have agreed while the Court is considering this Joint Motion, all further case deadlines are tolled.

Dated: April 11, 2022

*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

Gregory H. Lantier (*Pro Hac Vice*)
Brittany B. Amadi (Pro Hac Vice)
Alexis Cohen (*Pro Hac Vice*)
Gilbert Smolenski (*Pro Hac Vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue
Washington DC 20006
Tel: (202) 663-6000
Email: gregory.lantier@wilmerhale.com
Email: brittany.amadi@wilmerhale.com
Email: alexis.cohen@wilmerhale.com
Email: gilbert.smolenski@wilmerhale.com

Helena Rachael Million-Perez (*Pro Hac Vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 17th Street
Denver, Colorado 80202
Tel: (720) 274-3135
Email: rachael.million-perez@wilmerhale.com

Jennifer Graber (*Pro Hac Vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8800
Email: jennifer.graber@wilmerhale.com

***Attorneys for Medtronic, Inc.***

Respectfully submitted,

*/s/ Elizabeth L. DeRieux*
Elizabeth L. DeRieux
Texas State Bar No. 05770585
S. Calvin Capshaw
Texas State Bar No. 03783900
114 East Commerce Avenue
Gladewater, Texas 75647
(903) 845-5770
ederieux@capshawlaw.com
ccapshaw@capshawlaw.com

David I. Gindler (admitted pro hac vice)
Lauren Drake (admitted pro hac vice)
Jasper Tran (admitted pro hac vice)
David C. Jonas (admitted pro hac vice)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067-3019
(424) 386-4000

Javier J. Ramos (admitted pro hac vice)
MILBANK LLP
1850 K Street, NW, Suite 1100
Washington, DC 20006
(202) 835-7500

Michael S. Scerbo (admitted pro hac vice)
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5000

***Attorneys for TMT Systems, Inc. and Dr. Timur P. Sarac***

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on April 11, 2022.

                                                        */s/ J. Stephen Ravel*
                                                       J. Stephen Ravel